SEALED FILED

SEP 12 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

1 | PHILLIP A. TALBERT
Acting United States Attorney
2 | ROGER YANG
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

5

6 | Attorneys for Plaintiff
United States of America

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | IN THE MATTER OF THE APPLICATION | CASE NO.
OF THE UNITED STATES OF AMERICA | 2:16-SW-553-CKD
11 | 7920 68th Avenue, Sacramento, California

12 | [PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS

13 | UNDER SEAL

14

15 | SEALING ORDER

16 | Upon application of the United States of America and good cause having been shown,

17 | IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the

18 | search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any

19 | person, unless otherwise ordered by this Court.

20

21 | Dated:  September 12, 2016

Hon. Carolyn K. Delaney
22 | U.S. MAGISTRATE JUDGE

23

24

25

26

27

28

1